

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-18-00137-CV

**IN RE STONEBROOK MANOR, SNF, LLC**, d/b/a Advanced Rehabilitation
Healthcare of Live Oak, LLC f/k/a Stonebrook Manor at Broadway

Original Mandamus Proceeding[1]

## ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Rebeca C. Martinez, Justice

On March 6, 2018, relator filed a Petition for Writ of Mandamus complaining of the trial court's February 15, 2018 "Order Granting Plaintiff's Motion to Overrule Objections and Compel Production of All Responsive Documents From the Defendant" (the "order"). Relator also filed a Motion to Stay. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court **no later than March 23, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED IN PART and DENIED IN PART. The portion of the trial court's order overruling relator's objections to certain requests for production and interrogatories and requiring relator to provide responsive documents and responses to those discovery requests by 5:00 p.m. on March 15, 2018 is STAYED pending final resolution of the petition for writ of mandamus. The portion of the trial court's order requiring responses by 5:00 p.m. on March 15, 2018 to discovery requests for which relator's objections were either "withdrawn" or "sustained" is NOT STAYED.

Relator's request that all proceedings in the underlying case be stayed pending final resolution of the petition for writ of mandamus is DENIED.

---

[1] This proceeding arises out of Cause No. 2017-CI-19392, styled *Janet Baxter, As Next Friend of Ella Baxter, An Incapacitated Person v. Stonebrook Manor SNF, LLC d/b/a Advanced Rehabilitation Healthcare of Live Oak, LLC f/k/a Stonebrook Manor at Broadway*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.

It is so **ORDERED** on March 7, 2018.

**PER CURIAM**

ATTESTED TO:

Keith E. Hottle
Clerk of Court

